UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA HUTCHERSON,

                Plaintiff,                Case no. 17-12395
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28

U. S. C. 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed

Magistrate Judge Patricia T. Morris's April 9, 2018, report and recommendation.

No objections have been filed by the parties. The court having reviewed the entire

record;

      IT IS HEREBY ORDERED that the report and recommendation is

ADOPTED as the court's findings and conclusions.

                              s/John Corbett O'Meara
                              United States District Judge

Date: May 1, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 1, 2018, using the ECF system.

s/William Barkholz

Case Manager